UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINA RENEE NAULT, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE,<br>Commissioner of Social Security, <br><br> Defendant. | Civil No.  3:10-cv-05762-JRC <br><br> ORDER FOR REDACTION |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judges Rule MJR 13.  (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11.)  This matter is before this Court on parties' Stipulated Motion to Redact. (ECF No. 14.)

Based on the stipulation of the parties, it is ORDERED that the following actions shall be taken regarding pages 4-11 of the Certified Administrative record:

1)	Pages 4-11 of the Certified Administrative Transcript are a confidential record pertaining to an individual other than Plaintiff.

2) Pages 4-11 will be removed from the Certified Administrative Transcript and from all copies of the Transcript, and destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Special Assistant U.S. Attorney/Assistant Regional Counsel.

3) The Certified Administrative Transcript, thus redacted, will be filed in this action as part of the Commissioner's Answer to Plaintiff's Complaint.

4) Pages 4-11 mistakenly included in the Transcripts, will not be disclosed to anyone.

5) The inadvertent inclusion of Pages 4-11 in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED this 11th day of February 2011.

J. Richard Creatura
United States Magistrate Judge