**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **TRINA RENEE NAULT,** <br><br> Plaintiff, <br><br> vs. <br><br> **MICHAEL J. ASTRUE, COMMISSIONER of the Social Security Administration**, <br><br> Defendant. | Civil No. 3:10-cv-5762 JRC <br><br> **ORDER FOR EAJA FEES, COSTS & EXPENSES** |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (see also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 5; Consent to Proceed Before a United States Magistrate Judge, ECF No. 11). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 20).

Based on the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, plaintiff's EAJA petition and the assignment of EAJA fees to plaintiff's attorney by plaintiff, it is hereby **ORDERED** that EAJA attorney's fees of $5,374.61 and expenses of $18.78 (service by certified mail) shall be awarded to plaintiff pursuant to the EAJA, 28 U.S.C. § 2412, and that costs of $51.10 (copies) shall be awarded to plaintiff pursuant to 28 U.S.C. § 1920, for a **total of $5,444.49**. The EAJA award is subject to any applicable

Order for EAJA Fees- 10-5762- page 1

government offset to satisfy any pre-existing debt that plaintiff owes the United States. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010). The award for attorney's fees, costs and expenses shall be delivered to plaintiff's counsel, Rosemary B. Schurman. However, if the U.S. Department of the Treasury verifies to the Office of General Counsel that plaintiff does not owe a debt to the government, the government will honor plaintiff's assignment of EAJA fees and pay EAJA fees and expenses, as well as costs, directly to Rosemary B. Schurman.

Dated this 29th day of September, 2011.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge